NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTOSCRIBE CORP.,**

*Plaintiff-Appellant*

v.

**M&A VENTURES, LLC,**

*Defendant-Appellee*

---

2026-1823

---

Appeal from the United States District Court for the Northern District of Georgia in No. 1:24-cv-04282-SCJ, Judge Steve C. Jones.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

2　　　　　　　　AUTOSCRIBE CORP. V. M&A VENTURES, LLC

<u>July 8, 2026</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 8, 2026